UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICHARD DALE TALBOTT )
Plaintiff/Petitioner )
)
v. )
)
)
FEDERAL BUREAU OF PRISONS, et. al. )
Defendant/Respondent )
)
)
)
)

Case No. 06 1194

Pro Se Petition for Declaratory Relief and Monetary Award, Pursuant to Title 5 USCS 552a(g)(4), For Violation of Title 5 USCS (q)(5) of the Privacy Act of 1974.

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, Richard Talbott, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to repay fees, costs or give security therefor, I state because of my poverty, I am unable to pay the costs of said proceedings or to give security thereof, and that I believe I am entitled to relief.

1. Are you presently employed?   ( ) Yes   (✓) No

    a. If Yes, state the amount of salary or wages you make.
    
    N/A

    b. If No, state the date of your last employment and the amount of salary or wages per month which you received.
    
    1994   (600.00 a Month)

2. Have you received within the past twelve months any money from the following sources.

    a. Business, profession or form of self-employment?   ( ) Yes  (✓) No
    b. Rent payments interest or dividents?              ( ) Yes  (✓) No
    c. Pensions, annuities or life insurance payments?   ( ) Yes  (✓) No
    d. Gifts or inheritances?                            ( ) Yes  (✓) No
    e. Any other sources?                                (✓) Yes  ( ) No

RECEIVED
JUN 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the amswer to any of the above "Yes" describe each source amount received during the past twelve months.

$15-20.00 a month from family

3. Do you have any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)? Yes ( ) No (✓) If the answer is "Yes" describe the property and state its approximate value.

N/A

4. Do you own cash, or do you have money in a checking or savings account? Yes (X) No ( ) Including any funds in prison account If the answer is "Yes" State the total value of the amount in account.
   See: Attached Appendix-A, (Institution six-month account)

5. List the persons who are depend upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

None

### DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained herein is true and correct, under Title 28 U.S.C. section 1746 and Title 18 U.S.C. section 1621.

On this ___, day, of June, 2006     .

By,
Richard Talbott