UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DALE TALBOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1194 (GK) |
| ) | ECF |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff, *pro se*, filed this civil action pursuant to the Privacy Act, 5 U.S.C. § 552a *et seq*. He claims that the Bureau of Prisons has failed to maintain accurate records on him and that the inaccurate information pertaining to use of a firearm has led prison authorities to make security decisions adverse to him. Complaint p. 6. He further alleges that he submitted proof of his claim to prison authorities but they refused to verify the evidence. Complaint p. 7.

An answer to the complaint is due on September 5, 2006. Defendant is currently investigating whether plaintiff has previously filed any related actions and is otherwise investigating the facts of this case. Accordingly, Defendant, the U.S. Bureau of Prisons (BOP), moves for an enlargement of time in which to answer or otherwise respond to the Complaint in this case, pursuant to Fed. R. Civ. P. 6(b)(1). As plaintiff is a pro se prisoner incarcerated at the Federal Correctional Institution at Greenville, Illinois, undersigned counsel has not sought his consent to this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions

Defendant moves for additional time to answer or otherwise respond to plaintiff's complaint because the Assistant United States Attorney assigned to this case has not completed conferring with agency counsel pertaining to Plaintiff's previous litigation and the extent to which plaintiff has exhausted his administrative remedies. Consequently, undersigned counsel Charlotte A. Abel is not yet in possession of the information necessary to admit or deny many of the allegations contained in Plaintiff's complaint.

Defendant moves for a three-week enlargement of time, up to and including September 20, 2006, to answer or otherwise respond to the complaint.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/Kenneth L. Wainstein/deh
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/Charlotte A. Abel/deh
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

---

with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference). LCvR 16.3(b) (emphasis added).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2006, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Richard Talbott
04895-028
Federal Correctional Institution
PO Box 5000
Greenville, IL 62246

_____
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530