UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DALE TALBOTT,            )<br>                                                         )<br>            Plaintiff,                            )<br>                                                         )<br>    v.                                               )      Civil Action No. 06-1194 (GK)<br>                                                         )      ECF<br>FEDERAL BUREAU OF PRISONS,   )<br>                                                         )<br>            Defendant.                       )<br>_____)  | |

O R D E R

Upon consideration of Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including September 20, 2006, to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE