UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RICHARD DALE TALBOTT
   Plaintiff

v

FEDERAL BUREAU OF PRISONS
   Defendant

Civil Action No. 06-1194-GK-ECF

PRO SE PETITION TO PRESENT
MATERIAL RELEVANT TO Civil Action No. 06-1194-GK

   Comes now THE Plaintiff, Richard Dale Talbott, in Pro Se, and respectfully prays this Honorable Court enters and grants the instant Petition To Present Material Relevant To Civil Action No. 06-1194-GK.

   In support of the instant Petition, Plaintiff would represent the following:

   1. In June, 2006, Plaintiff herein, Richard Dale Talbott, filed a civil action against Defendant alleging a wilful and intentional violation of the Privacy Act of 1974;

RECEIVED
SEP 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. Specifically, Plaintiff claimed that Defendant was in violation of Title 5 United States Code, Sections 552a (e)(5) and (g)(1)(c), by failing to maintain accurate records on Plaintiff, and using them to make decisions adverse to Plaintiff;

3. While preparing his civil action, Plaintiff also initiated correspondence with The Honorable Barack Obama, a United States Senator from Illinois, on May 16, 2006 (Exhibit A);

4. In Plaintiff's communication to the Senator, the Plaintiff sought assistance in the form of an official investigation (in light of what Plaintiff felt were severe discriminatory practices being engaged in by staff members at the FCI/Greenville, against people of color);

5. Shortly after contacting the Senator, the Senator contacted The Federal Bureau of Prisons, specifically, Ms. Karen Dellarocco, in Washington, D.C., requesting she look into the matter and contact the Senator's office at her earliest convenience (Exhibit B);

6. Thereafter, Ms. Dellarocco contacted the FCI/Greenville Warden (Ms. Sarah Revell), on August 10, 2006, directing Warden Revell respond to the Senator's inquiry by August 24, 2006 (Exhibit C);

7. On August 17, 2006, the Plaintiff was asked to sign a document styled "Correspondence Response," which authorized the Warden to release information in Plaintiff's Central File "pertaining to Sentencing Guidelines/Custody Classification Scoring for the purposes of responding to an inquiry by Barack Obama, United States Senator." (Exhibit D);

8. On August 18, 2006, Warden Revell did, in fact, respond to Senator Barack Obama's inquiry (Exhibit E);

9. Plaintiff requested, but was denied access to, both the Senator's inquiry and the Warden's response, by his Unit Manager (Mr. Pickens);

10. Eventually, however, Plaintiff's Counselor (Mr. Chambers) did, in fact, give Plaintiff a copy of the documents;

11. Believing Warden Revell's response to be misleading and an attempt to completely overlook the progress made by Plaintiff during his past 12 years of incarceration, the Plaintiff immediately contacted (by mail) Senator Barack Obama on September 6, 2006, in order to reply to the Warden's response (Exhibit F);

12. Enclosed in the same envelope (which was sealed and marked "Special Mail"), the Plaintiff also presented the Senator a complaint he had submitted to Warden Revell concerning the conduct of Case Management Coordinator Pete Pottios and Unit Manager (Mr. Pickens), dated August 21, 2006 (Exhibit G);

13. On the same day Plaintiff delivered his reply to the mail room (September 6, 2006), he was approached by staff and asked to dismiss the complaint lodged against both Mr. Pottios and Mr. Pickens

14. Believing his (sealed) correspondence to Senator Obama had been opened, and read, by the staff assigned to FCI/Greenville, Plaintiff felt compelled to dismiss the complaint and thus "signed off" on said complaint under duress;

15. The Plaintiff only presents the instant material to the Court for its review and in an effort to keep the Court abreast of what may be deemed relevant in the future when considering the Civil Action currently before it.

Respectfully submitted this 8th day of September, 2006.

Richard Talbott
04895-028
P.O. Box 5000 (HIA)
Greenville, Il.
62246

CERTIFICATE OF SERVICE

I, Richard Talbott, do certify that a copy of the foregoing Petition was mailed to the U.S. Attorney (c/o Office of the U.S. Attorney) for the District of Columbia, First Class Postage Attached, this 8th day of September, 2006.

Signed

Richard Talbott
04895-028