Exhibit B

BARACK OBAMA
ILLINOIS

COMMITTEES:
ENVIRONMENT AND PUBLIC WORKS
FOREIGN RELATIONS
VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

July 31, 2006

Ms. Karen Dellarocco
Federal Bureau of Prisons
320 First Street, NW
Washington, District of Columbia 20534

Dear Ms. Dellarocco:

The enclosed correspondence was received in my Chicago office from my constituent, Richard Talbott. Attached you will find his letter which gives a more accurate description and explanation of his issues.

I would appreciate your looking into this matter at your earliest convenience. Please advise Jennifer Mason, who assists me in these matters, of your findings.

If you require any further assistance or have additional questions, please do not hesitate to contact Jennifer Mason at 312-886-3506.

Thank you for your attention to this matter.

Sincerely,

*[signature: Barack Obama]*

Senator Barack Obama
United States Senator

---

WASHINGTON OFFICE
713 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
OFFICE (202) 224-2854
FAX (202) 228-4260

CHICAGO OFFICE
230 S. DEARBORN
SUITE 3900
CHICAGO, IL 60604
OFFICE (312) 886-3506
FAX (312) 886-3514

SPRINGFIELD OFFICE
607 EAST ADAMS
SUITE 1520
SPRINGFIELD, IL 62701
OFFICE (217) 492-5089
FAX (217) 492-5099

MARION OFFICE
701 NORTH COURT STREET
MARION, IL 62959
OFFICE (618) 997-2402
FAX (618) 997-2850

MOLINE OFFICE
1511 52ND AVENUE
MOLINE, IL 61265
OFFICE (309) 736-1217
FAX (309) 736-1233

08/10/06  10:00 FAX 312 886 3514       SENATOR BARACK OBAMA                    ☒001/007

# UNITED STATES SENATOR BARACK OBAMA
## CHICAGO OFFICE

Auda Wilson



### FACSIMILE TRANSMITTAL SHEET

TO: Karen Dellarocco
FROM: Jennifer Mason
COMPANY: FBOP
DATE: 8/10/06
FAX NUMBER: ~~312~~ 202-514-5935
TOTAL NO. OF PAGES INCLUDING COVER: 7
PHONE NUMBER:
SENDER'S REFERENCE NUMBER: 312-886-3506

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☒ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Richard Talbott.