Exhibit C



U.S. Department of Justice
Federal Bureau of Prisons
Office of the Director

## Correspondence Tracking Sheet

**CTS Control #** CTS614547
**DOJ Control #**

**Assigned To:** GRE
**For Signature of:** Warden

**Date Due:** 08/24/2006

**Date Entered:** 08/10/2006
**Date of Letter:** 07/31/2006

**Type:** Senate

**Letter To:** IPP
**Letter From:** Barack Obama
**On Behalf Of:**

**Issues(s):** Inmt Classification
Inmt Files / Records

**Inmates(s):** Talbott, Richard Dale, 04895-028

**Abstract:**

Claims his instant offense is mis-scored and that BOP has not taken steps to remove inaccurate information from his central file.

**Special Instructions / Comments:**

Please reply to the Senator's district office in Chicago, IL, to the attention of Jennifer Mason.

**Hardcopy Location:** Senate       **Executive Secretariat Contact:** Jerry Vroegh

*If you have any questions, please call us at (202) 514-8534. Thank you.*

DONE

| | |
|---|---|
| From: | BOP-DIR/Executive Secretariat~ |
| To: | GRE/Warden~, GRE/Warden~ |
| Date: | Thu, Aug 10, 2006 12:31 PM |
| Subject: | CTS614547 |