Exhibit D

## CORRESPONDENCE RESPONSE

I consent to the release of information pertaining to <u>**Sentencing Guidelines/Custody Classification scoring**</u> for the purposes of responding to an inquiry by <u>**Barack Obama, United States Senator**</u> (individual or department include address and contact phone number).

_Richard Talbott_
**Inmate Signature**

04895-028
**Register Number**

8-17-2006
**Date**

_[signature]_
**Staff Signature**

8-17-2006
**Date**

===============================================================

Inmate _____ Register Number _____ has refused to the release of this information for the following reason: _____

_____

_____

_____
**Staff Signature**

_____
**Date**