UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD DALE TALBOTT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1194 (GK) |
| ) | ECF |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**O R D E R**

Upon consideration of Defendant's Motion to Dismiss, or in the alternative, to revoke plaintiff's *in forma pauperis* status, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion to Dismiss be GRANTED.  In the alternative, it is ORDERED: that plaintiff's *in forma pauperis* status be revoked.

It is FURTHER ORDERED: that this case is dismissed.

_____
UNITED STATES DISTRICT JUDGE