United States District Court
District of Columbia

RICHARD DALE TALBOTT
  Plaintiff

v

FEDERAL BUREAU OF PRISONS
  Defendant

Civil Action No. 061194 - GK

**RECEIVED**

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PRO SE PETITION
## FOR THE APPOINTMENT OF COUNSEL

COMES NOW, THE PETITIONER, Richard Dale Talbott, in pro se, and respectfully prays this honorable Court enters and grants the instant Petition For The Appointment of Counsel.

In support of the instant petition, the Petitioner would represent the following to the Court:

1. The Petitioner herein is the Plaintiff in the above-styled cause of Action;

2. The above cause of action was filed pursuant to Title 5 USCS 552a of the Privacy Act of 1974;

3. Specifically, this plaintiff claimed in his suit that the defendant is in violation of sections (e)(5) also (g)(1)(c) by maintaining inaccurate records concerning this plaintiff and using said records to make decisions adverse to plaintiff;

4. Based on the conduct of the defendant (which included using facts found no where in plaintiff's files) this plaintiff alleged that the violation committed by defendant was wilful and intentional

5. Plaintiff seeks monetary relief as a result of what he feels to be wilful & intentional violation of the Privacy Act by the defendant, which involves (but is not limited to) the defendant displaying intimidating and threatening conduct toward plaintiff;

6. And while the attorney for defendant has informed this plaintiff that defendant may no longer use the false/inaccurate information in any future decisions concerning this plaintiff, this decision appears to be "too little, too late" in light of a new Program Statement (5100.08), which took affect September 12, 2006, and operates to plaintiff's dis-advantage as a direct result of defendant's wilful and intentional violation of the Privacy Act, since 2004;

7. Plaintiff feels that certain issues of fact going to the wilful and intentional violation of the Privacy Act should be placed before a jury (such as whether the defendant's decision to correct Plaintiff's custody classification form was made only because of the adverse effect of Program Statement 5100.08);

8. Simply put, under Program Statement 5100.07 (the Program Statement in effect at the time plaintiff sought relief) the plaintiff has been eligible for transfer to a lower security institution since arriving at the Greenville Facility (September 3, 2006);
Ex. 1

9. As of March, 2006, Plaintiff qualified for transfer to a Minimum Security Facility (which, according to Program Statement 5100.07, his family would have been permitted to transport Plaintiff to)
Ex. 2-3

10. However, Program Statement 5100.08 (Effective September 12, 2006) rescinds Program Statement 5100.07 and (according to defendant) prevents Plaintiff from eligibility for transfer to lower security.

11. Thus, Plaintiff submits that a material issue of fact arises going to the wilful and intentional elements of this civil action;

12. Defendant claims Plaintiff has run afoul of the statute of limitations for filing suit, which is an untrue claim which Plaintiff can prove to the Court if given the chance;

13. Based on the Plaintiff's current placement in administrative detention, he does not have either the funds nor the ability to research the issues needed in order to present a meritorious response to the governments response

14. Plaintiff, in the interest of justice, under these circumstances, respectfully prays this Honorable Court enters and grants the instant Petition and for any, and all, other relief the Court feels is fair and just.

Respectfully submitted this 25th day of September, 2006.

Richard Talbott
04895-028
P.O. Box 5000
Greenville, Il.
62246

(4)

## CUSTODY CLASSIFICATION FORM - MALE (BP-338)

| A. IDENTIFYING DATA | 1. INSTITUTION CODE | 2. UNIT | 3. DATE |
|---|---|---|---|
| 4. NAME Richard Talbott | | 5. REGISTER NUMBER 04895-028 | |

**6. CRIMINAL HISTORY POINTS**

| 7. MANAGEMENT VARIABLES | A - NONE<br>B - JUDICIAL RECOMMENDATION<br>D - RELEASE RESIDENCE/PLANNING<br>E - POPULATION MANAGEMENT<br>G - CIMS | I - MED/PSYCH TREATMENT<br>N - PROGRAM PARTICIPATION<br>R - WORK CADRE<br>S - PSF WAIVED<br>U - MARIEL CUBAN | V - GREATER SECURITY<br>W - LESSER SECURITY | |
|---|---|---|---|---|
| | | | | A |

| 8. PUBLIC SAFETY FACTORS | A - NONE<br>B - DISRUPTIVE GROUP<br>C - GREATEST SEVERITY OFFENSE | F - SEX OFFENDER<br>G - THREAT GOVT OFFICIAL<br>H - DEPORTABLE ALIEN | I - SENTENCE LENGTH<br>L - SERIOUS ESCAPE<br>M - PRISON DISTURBANCE | |
|---|---|---|---|---|
| | | | | A |

**B. BASE SCORING** //////////////////////////////////////////////////////////////

| | | | |
|---|---|---|---|
| 1. TYPE OF DETAINER 0 = NONE 1 = LOWEST/LOW MODERATE 3 = MODERATE 5 = HIGH 7 = GREATEST | | | 0 |
| 2. SEVERITY OF CURRENT OFFENSE | 0 - LOWEST<br>1 - LOW MODERATE | 3 - MODERATE<br>5 - HIGH       7 - GREATEST | 3 |
| 3. MONTHS TO RELEASE | | | |
| 4. TYPE OF PRIOR COMMITMENT | 0 - NONE | 1 - MINOR    3 - SERIOUS | 3 |

| 5. HISTORY OF ESCAPE OR ATTEMPTS | | NONE | >15 YEARS | 10-15 YEARS | 5-10 YEARS | <5 YEARS | |
|---|---|---|---|---|---|---|---|
| | MINOR | 0 | 1 | 1 | 2 | 3 | O |
| | SERIOUS | 0 | 3(S) | 3(S) | 3(S) | 3(S) | |

| 6. HISTORY OF VIOLENCE | | NONE | >15 YEARS | 10-15 YEARS | 5-10 YEARS | <5 YEARS | |
|---|---|---|---|---|---|---|---|
| | MINOR | 0 | 1 | 1 | 2 | 3 | 4 |
| | SERIOUS | 0 | 2 | 3 | 6 | 7 | |

| 7. PRECOMMITMENT STATUS 0=NOT APPLICABLE -3(R)=OWN RECOGNIZANCE -3(V)=VOLUNTARY SURRENDER | 0 |
|---|---|
| 8. BASE SCORE | 10 |

**C. CUSTODY SCORING** //////////////////////////////////////////////////////////////

| | | |
|---|---|---|
| 1. PERCENTAGE OF TIME SERVED    3 = 0-25%    4 = 26-75%    5 = 76-90%    6 = 91+% | 4 |
| 2. DRUG/ALCOHOL ABUSE    2 = WITHIN PAST 5 YEARS   3 = MORE THAN 5 YEARS AGO  4 = NEVER | 3 |
| 3. MENTAL/PSYCHOLOGICAL STABILITY    2 = UNFAVORABLE    4 = NO REFERRAL OR FAVORABLE | 4 |
| 4. TYPE & NO OF MOST SERIOUS INCIDENT RPT  0=ANY GREAT (100) IN PAST 10 YR   1=MORE THAN 1 HIGH (200 IN PAST 2 YR<br>2A=ONLY 1 HIGH (200) IN PAST 2 YR  2B=MORE THAN 1 MOD (300) IN LAST YR<br>3A=ONLY 1 MOD (300) IN PAST YR  3B=MORE THAN 1 LOW MOD (400) IN PAST YR<br>4=ONLY 1 LOW MOD (400) IN LAST YR  5= NONE | 5 |
| 5. FREQUENCY OF DISCIPLINARY REPORTS (IN PAST YEAR) 0 = 6+ 1 = 2 THRU 5  2 = ONE  3 = NONE | 3 |
| 6. RESPONSIBILITY DEMONSTRATED    0 = POOR   2 = AVERAGE    4 = GOOD | 4 |
| 7. FAMILY/COMMUNITY TIES    3 = NONE OR MINIMAL    4 = AVERAGE OR GOOD | 4 |
| 8. CUSTODY TOTAL | 27 |

**9. CUSTODY VARIANCE** - 2   CUSTODY TOTAL (SECTION C, ITEM 8)

| BASE SCORE | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - 6 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | -1 | -2 | -2 | -3 | -4 | -5 | -5 | -6 |
| 7 - 9 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | 0 | -1 | -2 | -2 | -3 | -4 | -5 | -5 |
| 10-13 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | 0 | 0 | -1 | -2 | -2 | -3 | -4 | -5 |
| 14-22 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | -2 | -2 | -3 |
| 23-27 PTS | +8 | +7 | +6 | +5 | +5 | -4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | -2 | -2 |

| 10. SECURITY TOTAL-ADD OR SUBTRACT CUSTODY VARIANCE (ABOVE) TO BASE SCORE (SECTION B, 8) | 8 |
|---|---|

| 11. SCORED SECURITY LEVEL  LOW | 12. MANAGEMENT SECURITY LEVEL |
|---|---|

EX-1

## CUSTODY CLASSIFICATION FORM - MALE (BP-338)

**A. IDENTIFYING DATA**

| 1. INSTITUTION CODE | 2. UNIT | 3. DATE |
|---|---|---|

| 4. NAME Richard Talbott | 5. REGISTER NUMBER 04895-028 |
|---|---|

**6. CRIMINAL HISTORY POINTS**

| 7. MANAGEMENT VARIABLES | A - NONE<br>B - JUDICIAL RECOMMENDATION<br>D - RELEASE RESIDENCE/PLANNING<br>E - POPULATION MANAGEMENT<br>G - CIMS | I - MED/PSYCH TREATMENT<br>N - PROGRAM PARTICIPATION<br>R - WORK CADRE<br>S - PSF WAIVED<br>U - MARIEL CUBAN | V - GREATER<br>    SECURITY<br>W - LESSER<br>    SECURITY | A |
|---|---|---|---|---|

| 8. PUBLIC SAFETY FACTORS | A - NONE<br>B - DISRUPTIVE GROUP<br>C - GREATEST<br>    SEVERITY OFFENSE | F - SEX OFFENDER<br>G - THREAT GOVT OFFICIAL<br>H - DEPORTABLE ALIEN | I - SENTENCE LENGTH<br>L - SERIOUS ESCAPE<br>M - PRISON DISTURBANCE | A |
|---|---|---|---|---|

**B. BASE SCORING** ///////////////////////////////////////////////////////////////////

| 1. TYPE OF DETAINER | 0 = NONE 1 = LOWEST/LOW MODERATE 3 = MODERATE 5 = HIGH 7 = GREATEST | 0 |
|---|---|---|

| 2. SEVERITY OF CURRENT OFFENSE | 0 - LOWEST<br>1 - LOW MODERATE | 3 - MODERATE<br>5 - HIGH | 7 - GREATEST | 3 |
|---|---|---|---|---|

| 3. MONTHS TO RELEASE | | | | |
|---|---|---|---|---|

| 4. TYPE OF PRIOR COMMITMENT | 0 - NONE | 1 - MINOR | 3 - SERIOUS | 3 |
|---|---|---|---|---|

| 5. HISTORY OF ESCAPE OR ATTEMPTS | | NONE | >15 YEARS | 10-15 YEARS | 5-10 YEARS | <5 YEARS | 0 |
|---|---|---|---|---|---|---|---|
| | MINOR | 0 | 1 | 1 | 2 | 3 | |
| | SERIOUS | 0 | 3(S) | 3(S) | 3(S) | 3(S) | |

| 6. HISTORY OF VIOLENCE | | NONE | >15 YEARS | 10-15 YEARS | 5-10 YEARS | <5 YEARS | 2 |
|---|---|---|---|---|---|---|---|
| | MINOR | 0 | 1 | 1 | 2 | 3 | |
| | SERIOUS | 0 | 2 | 4 | 6 | 7 | |

| 7. PRECOMMITMENT STATUS 0=NOT APPLICABLE -3(R)=OWN RECOGNIZANCE -3(V)=VOLUNTARY SURRENDER | 0 |
|---|---|

| 8. BASE SCORE | 8 |
|---|---|

**C. CUSTODY SCORING** //////////////////////////////////////////////////////////////////

| 1. PERCENTAGE OF TIME SERVED | 3 = 0-25% 4 = 26-75% 5 = 76-90% 6 = 91+% | 4 |
|---|---|---|

| 2. DRUG/ALCOHOL ABUSE | 2 = WITHIN PAST 5 YEARS 3 = MORE THAN 5 YEARS AGO 4 = NEVER | 3 |
|---|---|---|

| 3. MENTAL/PSYCHOLOGICAL STABILITY | 2 = UNFAVORABLE 4 = NO REFERRAL OR FAVORABLE | 4 |
|---|---|---|

| 4. TYPE & NO OF MOST SERIOUS INCIDENT RPT | 0=ANY GREAT (100) IN PAST 10 YR<br>2A=ONLY 1 HIGH (200) IN PAST 2 YR<br>3A=ONLY 1 MOD (300) IN PAST YR<br>4=ONLY 1 LOW MOD (400) IN LAST YR | 1=MORE THAN 1 HIGH (200 IN PAST 2 YR<br>2B=MORE THAN 1 MOD (300) IN LAST YR<br>3B=MORE THAN 1 LOW MOD (400) IN PAST YR<br>5= NONE | |
|---|---|---|---|

| 5. FREQUENCY OF DISCIPLINARY REPORTS (IN PAST YEAR) 0 = 6+ 1 = 2 THRU 5 2 = ONE 3 = NONE | 5 |
|---|---|

| 6. RESPONSIBILITY DEMONSTRATED | 0 = POOR 2 = AVERAGE 4 = GOOD | 3 |
|---|---|---|

| 7. FAMILY/COMMUNITY TIES | 3 = NONE OR MINIMAL 4 = AVERAGE OR GOOD | 4 |
|---|---|---|

| 8. CUSTODY TOTAL | 4 |
|---|---|

| 9. CUSTODY VARIANCE -3 | CUSTODY TOTAL (SECTION C, ITEM 8) | 27 |
|---|---|---|

| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - 6 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | -1 | -2 | -2 | -3 | -4 | -5 | -5 | -6 |
| 7 - 9 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | -1 | -2 | -2 | -3 | -4 | -5 | -5 | -5 |
| 10-13 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | 0 | -1 | -2 | -2 | -3 | -4 | -5 | -5 |
| 14-22 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | -2 | -2 | -3 |
| 23-27 PTS | +8 | +7 | +6 | +5 | +5 | +4 | +3 | +2 | +2 | +1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1 | -2 | -2 |

| 10. SECURITY TOTAL-ADD OR SUBTRACT CUSTODY VARIANCE (ABOVE) TO BASE SCORE (SECTION B, 8) | 5 |
|---|---|

| 11. SCORED SECURITY LEVEL MINIMUM | 12. MANAGEMENT SECURITY LEVEL |
|---|---|

Ex-2

**Table 7-1**

| SECURITY DESIGNATION TABLE (MALES) | | |
|---|---|---|
| INMATE SECURITY LEVEL ASSIGNMENTS BASED ON CLASSIFICATION SCORE AND PUBLIC SAFETY FACTORS | | |
| Classification Score | Public Safety Factors | Inmate Security Level |
| 0 - 5 | **No Public Safety Factors**<br>Deportable Alien<br>Juvenile Violence<br>Greatest Severity Offense<br>Sex Offender<br>Serious Telephone Abuse<br>Threat to Government Officials<br>Sentence Length<br>  Time remaining > 10 Yrs<br>  Time remaining > 20 Yrs<br>  Time remaining > 30 Yrs<br>    Includes non-parolable LIFE/<br>    Death penalty cases<br>Serious Escape<br>Disruptive Group<br>Prison Disturbance | **Minimum**<br>Low<br>Low<br>Low<br>Low<br>Low<br>Low<br><br>Low<br>Medium<br>High<br><br><br>Medium<br>High<br>High |
| 6 - 8 | **No Public Safety Factors**<br>Serious Escape<br>Sentence Length<br>  Time remaining  > 20 Yrs<br>  Time remaining  > 30 Yrs<br>    Includes non-parolable LIFE/<br>    Death penalty cases<br>Disruptive Group<br>Prison Disturbance | **Low**<br>Medium<br><br>Medium<br>High<br><br><br>High<br>High |
| 9 - 14 | **No Public Safety Factors**<br>Disruptive Group<br>Prison Disturbance<br>Sentence Length<br>  Time remaining  > 30 Yrs<br>    Includes non-parolable LIFE/<br>    Death penalty cases | **Medium**<br>High<br>High<br><br>High |
| 15 + | | **High** |

Ex-3