UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD DALE TALBOTT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-1194 (GK) |
| FEDERAL BUREAU OF PRISONS, | : | |
| Defendant. | : | |

### ORDER

This matter is before the Court on Plaintiff's motion for appointment of counsel. Generally, a plaintiff in a civil case generally has no constitutional or statutory right to counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3ᵈ Cir. 1981). When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* plaintiff to proceed *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent him. LCvR 83.11(b)(3). The appointment should be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. *Id.* Upon consideration of Plaintiff's motion to appoint counsel, and in light of the considerations prescribed by the Local Civil Rule, the Court concludes that appointment of counsel is not

1

warranted at this time.

Plaintiff states that he is in administrative detention, and for this reason is unable to conduct research or prepare his opposition to Defendant's motion at this time. The Court will extend Plaintiff's filing deadline from October 20, 2006 to November 20, 2006. If Plaintiff is unable to meet this new deadline, he may file a motion for a second extension of time.

Accordingly, it is hereby

ORDERED that Plaintiff's motion for appointment of counsel [Dkt. #13] is DENIED without prejudice, and it is further

ORDERED that Plaintiff shall file an opposition or other response to Defendant's motion to dismiss or, in the alternative, to revoke Plaintiff's *in forma pauperis* status by **November 20, 2006**. If Plaintiff fails to respond timely, the Court may treat the motion as conceded and may dismiss the case.

SO ORDERED.

                                                              /s/
GLADYS KESSLER
United States District Judge

October 3, 2006