Dear Judge Gladys Kessler,

      May all be well.

      My name is Richard Talbott

      My register no. is 04895028

Nov. 3, 2006
RECEIVED

NOV 0 9 2006

CHAMBERS OF
JUDGE KESSLER

    I am the Plaintiff in a civil action which was assigned to Your Honor under case No. 061194-GK.

    Based on recent events, it has been made crystal clear that unless, and until, I dismiss the current litigation I stand to completely lose any chance at transferring to a lower security institution (which I presently qualify for).

    Also, it has been made crystal clear that my last communication to the court was sent to the defendants (who informed this Plaintiff that that was "a stupid move").

    Therefore, in an effort to avoid any future retribution from the defendant(s) and to hopefully be allowed transfer, this Plaintiff respectfully asks that the above civil action be dismissed by the court.

    For the record, however, this Plaintiff requests that said dismissal reflects Plaintiff's feeling of duress and helplessness concerning this matter, at this time.

    Respectfully submitted this 3rd day of November, 2006.

                Richard Talbott
                04895-028
                P.O. Box 5000
                Greenville, Il.
                62246

Leave to file granted. G. Kessler — 11/29/06.