UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD DALE TALBOTT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1194 (GK) |
| FEDERAL BUREAU OF PRISONS, | : |
| Defendant. | : |

### DISMISSAL ORDER

Upon consideration of Plaintiff's November 3, 2006 letter, which the Court construes as a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the Clerk of Court shall docket Plaintiff's motion, and it is further

ORDERED that Plaintiff's motion for dismissal is GRANTED, and it is further

ORDERED that Defendant's pending motions [#11] are DENIED as moot, and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                         /s/
                                         GLADYS KESSLER
                                         United States District Judge

Date: November 29, 2006