UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD TALBOTT,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-1194 (GK) |
| : | |
| **FEDERAL BUREAU OF PRISONS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Plaintiff has sent a letter to the Court dated March 21, 2007, requesting to reopen his case in light of the fact that he has reached his institution, and because he wishes to amend his complaint to include a First Amendment violation. His case was closed on November 30, 2007. The Court sees no need to reopen the case at this time. Plaintiff always has the option of filing a new case.

**WHEREFORE**, it is this 9th day of April, 2007, hereby

**ORDERED**, that Plaintiff's request to reopen his case in order to amend his complaint is **denied**.

/s/
Gladys Kessler
United States District Judge