To: THE HONORABLE GLADYS KESSLER                    March 21, 2007
    UNITED STATES DISTRICT COURT JUDGE
    c/o CLERK
    U.S. COURTHOUSE
    333 CONSTITUTION AVE., N.W.
    WASHINGTON, D.C.   20001

By: RICHARD DALE TALBOTT
    REG.NO. 04895-028
    FCI/ FLORENCE
    P.O. BOX 6000 (M/B)
    FLORENCE, CO.   81226


RE: CIVIL CASE NO.  06-1194 (GK) ECF

Dear Judge Kessler,

                May all be well for you.

    As Your Honor is probably aware, I am the plaintiff in the above-styled cause of action, which was before the court at the time of my transfer from the Federal Correctional Institution located in Greenville, Illinois, to my current institution located in Florence, Colorado.

    On December 27, 2006, I arrived at the federal institution located in Florence, Colorado which, as any bureau of prisons employee will tell you, is primarily utilized for disciplinary purposes.

    With all due respect, Your Honor, the defendants have, once again, deceived the court concerning issues involved in the suit.

    For instance, the defendants altered my custody classification score to reflect the correct score of 5 security points, which made me eligible for transfer to a minimum security facility.  Ex. 1

    Indeed, a copy of this corrected classification score was submitted by the government in its attempt to have the court dismiss the case as a moot issue, however, what the government presented and what the defendants did

*Let this be filed — J Kessler — 4/9/07*

immediately following the government's response to my suit are two totally different things.

Immediately following the government's response, for instance, the defendants rescored me under the new, and harsher, program statement (5100.08), which would have had me eligible for placement in a low security institution, at worst.

However, the defendants also decided to use a nine (9) year old incident report (which was only supposed to have a utilization life of five (5) **years**), in order to raise my security score to 16, as opposed to the 15 otherwise applicable. Ex. 2

This action by the defendants not only deprived me of eligibility for placement in a minimum security facility for the remainder of my sentence, but also ensured that I cannot be transferred to a low security facility until at least next May (2008).

Clearly, the actions of the defendants have only been engaged in in an effort to punish me for the exercise of my First Amendment rights under the U.S. Constitution, but also to deceive the court into believing that I was transferred to a minimum security facility when, in fact, I was sent to a Medium/High facility.

To make matters worse, I have been personally informed by, at least, one staff member here, at this institution that should I cause "any problem" while here, that I would "be sorry I ever met (the staff member/defendants)."

I request that I be permitted to have the case reopened in light of the fact that (1) I have reached my institution and (2) In order to be allowed to amend said suit to include a First Amendment violation claim.

Thank you, for your time and patience regarding this matter as I am sure Your Honor is as perplexed as myself concerning the constant changes in this suit - and inexplicable actions by the defendants.

Respectfully submitted,

*Richard Talbott*
Pro Se Petitioner

```
09/11/2006  14:34  6186646270               AWS OFFICE                          PAGE  02/02


   GREBL  607.00  *          MALE CUSTODY CLASSIFICATION FORM        *       09-06-2006
   PAGE 001 OF 001                                                           14:27:01

           REGNO: 04895-028              FORM DATE: 09-06-2006              ORG: GRE
   (A) NAME....: TALBOTT                       RICHARD        DALE
   DES FACL/LEV: GRE        /MEDIUM     MGTV: NONE
   PUBSFTY: NONE                        MVED:


   (B) DETAINER: (0) NONE                SEVERITY.......: (3) MODERATE
   MOS REL.....: 90
   PRIOR.......: (3) SERIOUS             ESCAPES........: (0) NONE
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          PRECOMMT STATUS: (0) N/A


   (C) TIME SERVED.....: (4) 26-75%      DRUG/ALC ABUSE.: (3) > 5 YRS
   MENT/PSYCH STABILITY: (4) FAVORABLE   TYPE DISCIP RPT: (5) NONE
   FREQ DISCIP REPORT..: (5) NONE        RESPONSIBILITY.: (4) GOOD
   FAMILY/COMMUN TIES..: (4) GOOD

   ================================ LEVEL AND CUSTODY SUMMARY ================================
     BASE   CUST   VARIANCE   SEC TOTAL   SCORED LEV  MGMT SEC LEVEL   CUSTODY     CONSIDER
      +8    +27      -3         +5         MINIMUM       N/A             IN        DECREASE

   (D) TYPE REVIEW       NEW CUSTODY    APPROVED:  ✓YES   NO   NEXT REVIEW: 9/07
       ✓REGULAR           ___MAX
       ___EXCEPTION       ___IN         CHAIRPERSON SIGNATURE....: [signature]
                          ___OUT        WARDEN/DESIGNEE SIGNATURE
                          ___COM          FOR EXCEPTION REVIEW:

   REASON(S) FOR NOT FOLLOWING FORM'S RECOMMENDATION:
```

*Transfer as routing.* [handwritten]

```
   COPY: CENTRAL FILE, SECTION TWO
         INMATE


   G5149      INMATE/DESIG FACL LEVEL MISMATCHED, HAVE REGION ADD A MGTV
   G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Ex-1

```
                              (A) IDENTIFYING DATA
REG NO..: 04895-028                 FORM DATE: 11-16-2006           ORG: GRE
NAME....: TALBOTT, RICHARD DALE
                                    MGTV: NONE
PUB SFTY: NONE                      MVED:
                              (B) BASE SCORING
DETAINER: (0) NONE                  SEVERITY.......: (3) MODERATE
MOS REL.: 87                        CRIM HIST SCORE: (10) 18 POINTS
ESCAPES.: (0) NONE
VOL SURR: (0) N/A                   AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%        PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD          TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE          FAMILY/COMMUN..: (4) GOOD

                   --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL   SCORED LEV  MGMT SEC LEVEL  CUSTODY    CONSIDER
 +18  +20    -2       +16         MEDIUM        N/A            IN      DECREASE

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Ex-2